**GREENBERG TRAURIG, LLP**
200 Park Avenue, P.O. Box 677
Florham Park, NJ 07932-0677
(973) 360-7900
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. REDDY'S LABORATORIES LIMITED, DR. REDDY'S LABORATORIES, INC., and REDDY PHARMACEUTICALS, INC., <br><br>Plaintiffs, <br>v. <br><br>MDS, INC., MDS PHARMA SERVICES (US), INC., and MDS PHARMA SERVICES (CANADA,) INC., <br><br>Defendants. | Civil Action No. 09-2398 (AET) <br><br> **PRETRIAL SCHEDULING ORDER** <br><br> Filed Electronically |

**THIS MATTER** having come before the Court on October 22, 2010 for a conference between all parties; and for good cause shown,

IT IS on this ___ day of ~~October~~ November, 2010, **ORDERED** as follows:

1. On or before **November 5, 2010**, counsel for Defendants shall provide a letter to Plaintiff's counsel setting forth Defendants' position on the following:

    (a) Other than for privilege or work product, the basis upon which defendants have redacted, or will redact, portions of documents previously produced and to be produced as part of Defendants' document production in this case, including the specific nature and categories of information being redacted;

    (b) Whether, and when, defendants will produce all applicable insurance policies (the full policies, schedules, addendum and declaration pages), and documents between defendants and such carriers (including, but not limited to, correspondence and emails) that refer or relate to the carriers' position on coverage for Plaintiffs' claims in

this case (*e.g.*, whether coverage is accepted, denied, or reserved, and the basis upon which coverage may be denied or reserved); and,

(c) Whether, and when, Defendants will produce documents concerning any lawsuits or proceedings against MDS arising out of, concerning or relating to the FDA action against MDS concerning MDS' clinical studies performed at its facilities in St. Laurent or Blainville, Canada, between January 2000 and December 2004.

2. Plaintiffs will respond in writing to Defendants' letter by **November 12, 2010.**

3. If the parties are unable to resolve any issues that are raised with regard to subjects in Paragraphs 1(a), (b) and (c), above, the parties shall submit a joint letter to the Court by **November 19, 2010,** setting forth any issues to be resolved by the Court and the parties' positions and arguments on each such issue. After receipt of such joint letter the Court will schedule a conference to address and resolve the issues raised.

4. Plaintiffs shall complete document production by **November 30, 2010,** or as soon thereafter as possible, but by no later than **December 10, 2010.**

5. Defendants shall begin document production on a rolling basis by no later than **November 30, 2010,** and Defendants' production shall be completed by no later than **December 31, 2010.**

6. A telephone status conference will be held before the undersigned on **December 13, 2010 at 9:30 am** to discuss, among other things, the status of document production, the deposition schedule, and the status of the mediation. Defendants counsel shall initiate the call.

7. Fact discovery shall remain open until **March 31, 2010.** No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

8. The parties shall identify, by name and subject area of testimony, any experts for which they intend to produce affirmative expert reports, by no later than **March 31, 2010.**

9. The parties shall serve any affirmative expert reports by no later than **May 1, 2011.**

10. The parties shall serve any rebuttal expert reports no later than **July 1, 2011.**

11. The parties shall serve any reply expert reports no later than **July 15, 2011.**

12. The parties shall complete all expert discovery by **August 16, 2011.**

13. The dates for the filing of dispositive motions will be set at a later date.

14. A date for the final pretrial conference will be set at a later date.

15. Because all dates set forth herein are established with the assistance and knowledge of the parties, there will be no extensions except for good cause shown and by leave of Court, even with consent of all parties.

/s/ Lois H. Goodman
HON. LOIS H. GOODMAN
United States Magistrate Judge